USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
MELROSE STEPHENS-BUIE,

    Plaintiff,

v.

ERIC K. SHINSEKI, SECRETARY OF THE U.S.
DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.
------------------------------------- x

ECF CASE

09 Civ. 02397 (LBS)

PRIVACY ACT ORDER

    Plaintiff having made discovery requests pursuant to Federal Rule of Civil Procedure 34, and defendant (the "Government") having objected on the ground that the Government is prohibited from producing certain materials to plaintiff by the Privacy Act of 1974, 5 U.S.C. § 552a, and it appearing that disclosure of such materials is in the interests of justice and is subject to the Confidentiality Order being entered simultaneously herewith, it is ORDERED, that

    1.    To the extent that the Government objects to these disclosures or any other information or material sought by plaintiff during the course of this action on the ground that such production is prohibited by the Privacy Act of 1974, 5 U.S.C. § 552a, the Government's objection is overruled and the Government shall produce the requested documents and other information or material. 5 U.S.C. § 552a(b)(11).

    2.    This Order is without prejudice to any other objections the Government may have to plaintiff's discovery requests.

SO ORDERED.

Dated: New York, New York
_____, 2010

_/s/ Leonard B. Sand_
LEONARD B. SAND, U.S.D.J.

The entry of this Order is consented to by the parties to this action.

Dated: New York, New York
January 25 2010

                         By:      _/s/ Lee Nuwesra_
                                   LEE NUWESRA, ESQ.
                                   Attorney for Plaintiff
                                   Law Offices of Lee Nuwesra
                                   1623 Unionport Road, Suite 101
                                   Bronx, NY 10462
                                   Tel: (718)-942-4294
                                   Fax: (718) 942-4295
                                   Email: lnuwesra@optonline.net

Dated: New York, New York
January 26, 2010

                                   PREET BHARARA
                                   United States Attorney for the
                                   Southern District of New York

                       By:      _/s/ Natalie N. Kuehler_
                                   NATALIE N. KUEHLER
                                   Assistant United States Attorney
                                   86 Chambers Street, 3rd Floor
                                   New York, New York 10007
                                   Telephone: (212) 637-2741
                                   Fax: (212) 637-2750
                                   Email: natalie.kuehler@usdoj.gov